# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILLIAM D. WEHR-DARROCA, *et al.*,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants-Appellees*. | Case No. 25-7159 |

## **CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Plaintiffs-Appellants certify the following information regarding the parties, rulings, and related cases in its appeal. D.C. Cir. R. 28(a)(1).

**A. Parties**

Plaintiffs in the district court, and appellants in this Court, are William D. Wehr-Darroca; Gary Stemple; and Firearms Policy Coalition, Inc.

Defendants in the district court, and appellees in this Court, are the District of Columbia; Pamela A. Smith, the Chief of Police of the Metropolitan Police Department; and Brain L. Schwalb, the Attorney General for the District of Columbia.

There were no amici in the district court.

**B. Rulings Under Review**

The ruling under review was issued on September 22, 2025, by Judge Rudolph Contreras. The opinion is not published but is accessible at 2025 WL 2694790. The district court granted Defendants' motion to dismiss Plaintiffs' complaint on standing grounds. *Id.* at *3.

**C. Related Cases**

This case has not previously been before this Court or any other court. There are no related cases involving substantially the same parties and the same or similar issues presently before the Court. While not a "related case" within the meaning of this Court's rules because none of the plaintiffs are the same, *Angelo v. District of Columbia*, No. 24-7127 (argued Oct. 3, 2025), also involves a pre-enforcement Second Amendment challenge that was dismissed by the district court on standing grounds and raises a similar challenge to this Circuit's pre-enforcement standing precedent.

Dated: November 19, 2025                                            Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
(DC Bar No. 450503)
Peter A. Patterson
(DC Bar No. 998668)
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Attorneys for Plaintiffs-Appellants Wehr-Darroca and Firearms Policy Coalition, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2025, I filed the foregoing via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellants*
*William D. Wehr-Darroca and*
*Firearms Policy Coalition, Inc.*