# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILLIAM D. WEHR-DARROCA, *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants-Appellees*. | Case No. 25-7159 |

## **STATEMENT OF ISSUES**

Pursuant to the Court's Order of October 20, 2025, Plaintiffs-Appellants submit the following issues to be raised in this appeal:

(1) Whether the district court erred in dismissing Plaintiffs-Appellants' claims for lack of standing when they alleged that, but for the District of Columbia's ban on ammunition magazines capable of holding more than ten rounds of ammunition and Defendants' enforcement thereof, they would keep and bear firearms equipped with magazines of that size.

(2) Whether this Court's standing precedents in *Navegar, Inc. v. United States*, 103 F.3d 994 (D.C. Cir. 1997), and *Seegars v. Gonzales*, 396 F.3d 1248 (D.C. Cir. 2005), are inconsistent with Supreme Court precedent, should

not have been relied upon by the district court, and should be, if necessary, overruled by this Court.

Dated: November 19, 2025   Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
(DC Bar No. 450503)
Peter A. Patterson
(DC Bar No. 998668)
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Attorneys for Plaintiffs-Appellants Wehr-Darroca and Firearms Policy Coalition, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2025, I filed the foregoing via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellants*
*William D. Wehr-Darroca and*
*Firearms Policy Coalition, Inc.*