# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILLIAM D. WEHR-DARROCA, *et al.*, | |
| *Plaintiffs-Appellants*, | |
| v. | Case No. 25-7159 |
| DISTRICT OF COLUMBIA, *et al.*, | |
| *Defendants-Appellees*. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiff-Appellant Firearms Policy Coalition, Inc. ("FPC") submits this corporate disclosure statement. FPC is a 501(c)(4) nonprofit corporation incorporated under the laws of Delaware with its principal place of business in Clark County, Nevada. FPC has no parent company and no publicly-held company holds a 10% or greater ownership interest in it. FPC seeks to defend and advance the People's rights, especially but not limited to the right to keep and bear arms; defend and advance the means and methods by which individuals may exercise their rights, including but not limited to the acquisition, collection, transportation, exhibition, carry, care, use, and disposition of arms; and foster and promote awareness of, and public engagement in, all of the above.

1

Dated: November 19, 2025

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
(DC Bar No. 450503)
Peter A. Patterson
(DC Bar No. 998668)
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Attorneys for Plaintiffs-Appellants Wehr-Darroca and Firearms Policy Coalition, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2025, I filed the foregoing via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs-Appellants*
*William D. Wehr-Darroca and*
*Firearms Policy Coalition, Inc.*