No. 25-7159

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

WILLIAM D. WEHR-DARROCA, *et al.*,
PLAINTIFFS-APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
DEFENDANTS-APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES' CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

A. *Parties and amici.*—Appellees are the District of Columbia, Pamela A. Smith, Chief of Metropolitan Police Department, Brian L. Schwalb, Attorney General for the District of Columbia, all of whom were defendants below. Appellants are William D. Wehr-Darroca, Gary Stemple, and Firearms Policy Coalition, Inc., who were the plaintiffs below. No amici curiae appeared in the district court, and none have appeared in this Court.

B. *Ruling under review.*—The ruling of the district court under review is the September 22, 2025 Order and Memorandum Opinion (ECF Nos. 15 & 16),

entered by U.S. District Judge Rudolph Contreras, which granted defendants' motion to dismiss (ECF No. 11) plaintiffs' complaint (ECF No. 1) on jurisdictional grounds for lack of Article III standing. The district court's decision is not reported but is available at 2025 WL 2694790.

C. *Related cases*.—This case has not previously been before this Court or any other court. Undersigned counsel is aware of two related cases: (1) *Angelo v. District of Columbia*, No. 24-7127 (D.C. Cir.), a pending appeal raising similar issues of Article III standing; and (2) *Hanson v. District of Columbia*, No. 1:22-cv-2256-RC (D.D.C.), which also involves a Second Amendment challenge to the District's large-capacity magazine law, D.C. Code § 7-2506.01(b), (c).

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

/s/ Bryan J. Leitch
BRYAN J. LEITCH
Assistant Attorney General
D.C. Bar Number 1016484
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6524 (office)
(202) 741-0649 (fax)
bryan.leitch@dc.gov

November 2025