# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** William D. Wehr-Darroca, et al.

**v.**

District of Columbia, et al.

**Case No:** 25-7159

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

William Wehr-Darroca

Gary Stemple

Firearms Policy Coalition, Inc.

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

2nd Counsel: David S. Panzer

Direct Phone: (703) 590-1234 Fax: (703) 590-0366 Email: dpanzer@fluet.law

3rd Counsel:

Direct Phone: (____) ____-____ Fax: (____) ____-____ Email:

Firm Name: Fluet

Firm Address: 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102

Firm Phone: (703) 590-1234 Fax: (703) 590-0366 Email: e-file@fluet.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)