# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 25-7159                      September Term, 2025

1:24-cv-03504-RC

Filed On: November 24, 2025 [2146795]

William D. Wehr-Darroca, et al.,

      Appellants

    v.

District of Columbia, et al.,

      Appellees

## O R D E R

Upon consideration of appellees' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 10 days of the issuance of this court's mandate in No. 24-7127, <u>Angelo v. District of Columbia</u> (argued Oct. 3, 2025).

                                                             **FOR THE COURT:**
                                                              Clifton B. Cislak, Clerk

                                 BY:     /s/
                                                Catherine J. Lavender
                                                Deputy Clerk